HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
RUBEN RUIZ, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-00056 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) ) | |
| RUBEN RUIZ, Jr., | ) ) | Date:   April 24, 2018 Time:  9:15 A.M. |
| Defendant. | ) ) ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Timothy Delgado, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Ruben Ruiz, Jr. that the previously scheduled status conference date of April 24, 2018 be vacated and the matter be set for status conference on May 22, 2018 at 9:15 a.m.

Defense counsel require additional time to review discovery and to conduct additional defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, April 18, 2018, through and including May 22, 2018; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order

Stipulation to Continue -1-

479, Local Code T4 based upon defense preparation.

All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: April 18, 2018        HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Sean Riordan*
                             SEAN RIORDAN
                             Assistant Federal Defender
                             Attorney for Defendant
                             Isaac Esparza Cerna


Dated: April 18, 2018        McGREGOR W. SCOTT
                             United States Attorney

                        By:  */s/ Timothy Delgado*
                             TIMOTHY DELGADO
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

Stipulation to Continue                -2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties' stipulation, April 18 2018, up to and including May 22, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 24, 2018 status conference shall be continued until May 22, 2018, at 9:15 a.m.

Dated: April 18, 2018  /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge

Stipulation to Continue -3-