IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN RUIZ, JR., <br><br> Defendant. | CASE NO. 2:18-CR-0056-JAM <br><br> **RELATED CASE ORDER** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN RUIZ, JR., <br><br> Defendant. | CASE NO. 2:18-CR-0078-KJM <br><br> **RELATED CASE ORDER** |

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the criminal case captioned *United States v. Ruben Ruiz, Jr.*, 2:18-cr-0056-JAM, is related to the case captioned *United States v. Ruben Ruiz, Jr.*, 2:18-cr-0078-KJM, within the meaning of Local Rule 123(a), and that assignment of these two matters to a single District Judge is likely to effect a savings of judicial effort.

Based on this finding, and pursuant to Local Rule 123(c), IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall reassign the case of *United States v. Ruben Ruiz, Jr.*, 2:18-cr-

1

1 | 0078-KJM, to the Hon. John A. Mendez, and that case shall be designated, "Case No.
2 | 2:18-cr-0078-JAM"; and

2. The Clerk of the Court shall make appropriate adjustment of cases to compensate for this reassignment.

**IT IS SO ORDERED.**

Dated: May 25, 2018 /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge